# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROBERT EDWARD HAMMETT | ) | |
| SSN: XXX-XX-2842 | ) | |
| | ) | |
| | ) | CASE NO. 17-15507-KHT |
| SUZANNE ANDREA HAMMETT | ) | |
| SSN: XXX-XX-2514 | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS MATTER comes before the Court upon the Chapter 7 Trustee's Motion to Approve Settlement Agreement ("the Motion").

THE COURT, having reviewed the Motion and otherwise being fully advised in the premises, FINDS that the proposed settlement agreement is in the best interests of the bankruptcy estate for the reasons stated in the Motion.

IT IS accordingly ORDERED that the proposed SETTLEMENT AGREEMENT be and hereby is APPROVED and Debtors shall abide by its terms.

Dated_____.

BY THE COURT:

_____
United States Bankruptcy Judge
Hon. Kimberley H. Tyson