UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ROBERT EDWARD HAMMETT<br>SUZANNE ANDREA HAMMETT | CASE NO: 17-15507-KHT<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/10/2019, I did cause a copy of the following documents, described below,

Cohen & Cohen's Supplemental Final Application for Fees & Expenses as Counsel for the Chpater 7 Trustee, Exhibits A - C, 9013-1.1 Notice, and Proposed Order

ncantrell@cohenlawyers.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/10/2019

/s/ Robertson B. Cohen, Esq.
Robertson B. Cohen, Esq.  #35252
COHEN & COHEN, P.C.
1720 S. Bellaire Street
Denver, CO  80222
303 933 4529

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  ROBERT EDWARD HAMMETT<br>SUZANNE ANDREA HAMMETT | CASE NO: 17-15507-KHT<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 5/10/2019, a copy of the following documents, described below,

Cohen & Cohen's Supplemental Final Application for Fees & Expenses as Counsel for the Chpater 7 Trustee, Exhibits A - C, 9013-1.1 Notice, and Proposed Order

ncantrell@cohenlawyers.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/10/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robertson B. Cohen, Esq.
COHEN & COHEN, P.C.
1720 S. Bellaire Street
Denver, CO  80222

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ACSI | AMCOL SYSTEMS |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 10821<br>CASE 17-15507-KHT<br>DISTRICT OF COLORADO<br>DENVER<br>FRI MAY 10 10-42-31 MDT 2019 | PO BOX 301608<br>PORTLAND OR 97294-9608 | PO BOX 21623<br>COLUMBIA SC 29221-1623 |
| AGGREGATE INDUSTRIES<br>1701 COLE BLVD 100<br>GOLDEN CO 80401 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998-1535 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMERICAN FAMILY INSURANCE<br>6000 AMERICAN PARKWAY<br>MADISON WI 53783-0002 | BEHR LTD<br>6742 N 63RD STREET<br>LONGMONT CO 80503-8852 | BELLCO CREDIT UNION<br>P O BOX 6611<br>GREENWOOD VILLAGE CO 80155-6611 |
| BENJAMIN BAIN COHEN LLC<br>5555 DTC PARKWAY SUITE 340<br>GREENWOOD VILLAGE CO 80111-3180 | STEPHEN E BERKEN<br>1159 DELAWARE ST<br>DENVER CO 80204-3607 | BIEHL BIEHL INC<br>PO BOX 87410<br>CAROL STREAM IL 60188-7410 |
| BLUE FEDERAL CU<br>PO BOX 3200<br>CHEYENNE WY 82003-3200 | BLUE MOUNTAIN LANDSCAPE<br>451 OAK<br>FREDERICK CO 80530-7072 | JEFFREY S BRINEN<br>1660 LINCOLN ST<br>STE 1850<br>DENVER CO 80264-9911 |
| LACEY S BRYAN<br>WADSWORTH GARBER WARNER CONRARDY PC<br>2580 W MAIN STREET<br>SUITE 200<br>LITTLETON CO 80120-4631 | CAP EXCAVATING DEMOLITION<br>1070 BOSTON AVE<br>LONGMONT CO 80501-6149 | CMI ASSOCIATES<br>2200 W BERRY AVE 2ND FLOOR<br>LITTLETON CO 80120-1101 |
| CU RECOVERY INC<br>26243 FOREST BLVD<br>WYOMING MN 55092 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL PREMIUM FINANCING<br>PO BOX 660899<br>DALLAS TX 75266-0899 |
| CAROLYN KAY CALDWELL<br>30 BEACH COURT<br>WILLIAMSON WV 25661 | CHASE BANK<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASE BANKSOUTHWEST<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CLAUSON ASSOCIATES<br>916 S MAIN STREET STE 202<br>LONGMONT CO 80501-6673 | SEAN CLOYES<br>1159 DELAWARE ST<br>DENVER CO 80204-3607 | COAST TO COAST RESIDENTIAL DEVELOPMENT<br>5377 MANHATTAN CIR 103<br>BOULDER CO 80303-4344 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ROBERTSON B COHEN              COLORADO DEPARTMENT OF REVENUE    COMCAST
1720 S BELLAIRE ST             1375 SHERMAN ST ROOM 504          ONE COMCAST CENTER
STE 205                        ATTN- BANKRUPTCY UNIT             PHILADELPHIA PA 19103-2899
DENVER CO 80222-4327           DENVER CO 80261-2200


COMCAST BUSINESS               CHRISTOPHER J CONANT              AARON J CONRARDY
9602 S300 W STE B              730 17TH ST                       2580 W MAIN STREET
SANDY UT 84070-3302            STE 200                           SUITE 200
                               DENVER CO 80202-3506              LITTLETON CO 80120-4631


CONVERGENT OUTSOURCING         CREDIT COLLECTION SERVICES        JENNIFER K CRUSETURNER
800 SW 39TH ST                 715 S CANTON STREET               7700 E ARAPAHOE RD
RENTON WA 98057-4927           NORWOOD MA 02062                  STE 230
                                                                 CENTENNIAL CO 80112-1439


DANS CONCRETE                  DANIEL BLUM                       DREAM HOMES STUCCO  STONE
382 NORFOLK                    2919 VALMONT ROAD SUITE 209       1001 JUNIPER DRIVE
AURORA CO 80011-9343           BOULDER CO 80301-1350             WINDSOR CO 80550-4931


EBA INC                        KEVIN ELLIS                       EMERGENCY SERVICE PHYSICIANS
507 CHISOM WAY                 PO BOX 172132                     PO BOX 808
BERTHOUD CO 80513-9557         DENVER CO 80217-2132              GRAND RAPIDS MI 49518-0808


FPL                            FERGUSON ENTERPRISES              FIRE DEFENSE
GENERAL MAIL FACILITY          CO KEVIN R ELLIS                  3764 EUREKA WAY STE 5
MIAMI FL 33188-0001            PO BOX 172132                     FREDERICK CO 80516-9479
                               DENVER CO 80217-2132


FIRST CHOICE ER PHYSICIANS     FIRSTBANK                         FIRSTBANK
2941 LAKE VISTA DRIVE          10403 W COLFAX AVE                12345 WEST COLFAX AVENUE
LEWISVILLE TX 75067-3801       LAKEWOOD CO 80215-3811            LAKEWOOD CO 80215-3742


FRONT RANGE WINDOW  DOOR       GB                                GODIN  BAITY
8160 BLAKELAND DRIVE UNIT C    145 BRADFORD DRIVE                621 17TH STREET STE 1900
LITTLETON CO 80125-9787        W BERLIN NJ 08091-9269            DENVER CO 80293-0621


HD SUPPLY WATERWORKS           DEBTOR                            SUZANNE ANDREA HAMMETT
PO BOX 1419                    ROBERT EDWARD HAMMETT             3928 FRAILEY DRIVE
THOMASVILLE GA 31799-1419      3928 FRAILEY DRIVE                LAFAYETTE CO 80026-9622
                               LAFAYETTE CO 80026-9622
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| HIGGINS HOPKINS MCLAIN ROSWELL<br>100 GARFIELD ST 100<br>DENVER CO 80206-5550 | INTEGRAL RECOVERIES<br>750 W HAMPDEN AVE 501<br>ENGLEWOOD CO 80110-2166 | INTERNAL REVENUE SERVICE<br>1999 BROADWAY MS 5012<br>DENVER CO 80202-3025 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JANEWAY LAW FIRM PC<br>9800 S MERIDIAN BLVD SUITE 400<br>ENGLEWOOD CO 80112-6038 | JOSEPH L WHIPPLE<br>CO MARK A KIRKORSKY PC<br>PO BOX 25287<br>TEMPE AZ 85285-5287 |
| KAISER PERMANENTE<br>10350 E DAKOTA AVE<br>DENVER CO 80247-1309 | LAW OFFICES OF SKRABO ATKINS<br>5670 GREENWOOD PLAZA BLVD STE 400<br>GREENWOOD VILLAGE CO 80111-2408 | LEGACY STONE PRODUCTS<br>7472 S SHAFFER LN 100<br>LITTLETON CO 80127-7404 |
| LEWIS ROCA ROTHBERGER<br>1200 17TH STREET STE 3000<br>DENVER CO 80202-5855 | LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>1515 CLEVELAND PLACE 300<br>DENVER CO 80202-5113 | MR ACCOUNTING PROPERTY MANAGEMENT<br>PO BOX 2293<br>LONGMONT CO 80502-2293 |
| MRS ASSOCIATES<br>1930 OLNEY AVENUE<br>CHERRY HILL NJ 08003-2016 | MACHOL JOHANNES LLC<br>700 17TH STREET SUITE 200<br>DENVER CO 80202-3558 | MARKUSSON GREEN JARVIS<br>1660 LINCOLN ST STE 9250<br>DENVER CO 80264-2902 |
| MCCARTHY BURGESS WOLFF<br>2600 CANNON RD<br>CLEVELAND OH 44146 | MCCONAUGHY SARKISSIAN PC<br>8310 S VALLEY HIGHWAY SUITE 250<br>ENGLEWOOD CO 80112-5815 | MCCONAUGHY SARKISSIAN PC<br>8310 SOUTH VALLEY HIGHWAY STE 250<br>ENGLEWOOD CO 80112-5815 |
| MESSNER REEVES LLP<br>1430 WYNKOOP STREET STE 300<br>DENVER CO 80202-6172 | MIDLAND CREDIT MANAGEMENT INC<br>2365 NORTHSIDE DR 300<br>SAN DIEGO CA 92108-2709 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2121<br>WARREN MI 48090-2121 |
| NATIONWIDE CREDIT INC<br>PO BOX 26314<br>LEHIGH VALLEY PA 18002-6314 | NIXON SHEFRIN HENSEN OGBURN<br>5619 DTC PARKWAY 1200<br>GREENWOOD VILLAGE CO 80111-3061 | NORTHFIELD VILLAGE<br>CO CLASSIC PROPERTY MGMT<br>5757 ARAPAHOE AVE STE A1<br>BOULDER CO 80303-1375 |
| NORTHGLENN HEATING AC<br>10977 IRMA DRIVE<br>NORTHGLENN CO 80233-3619 | ODS FINANCING LLC<br>1660 LINCOLN ST STE 2200<br>DENVER CO 80264-2202 | OVERTURF MCGRAFF HULL<br>625 EAST 16TH AVENUE 100<br>DENVER CO 80203-2052 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PAUL REGINA SVARE<br>32036 EDWARD DRIVE<br>CONIFER CO 80433-8809 | PRECISION ROOFING DESIGN INC<br>1626 18TH AVENUE<br>LONGMONT CO 80501-7147 | RAY LEGO ASSOCIATES<br>6060 WILLOW DRIVE 100<br>GREENWOOD VILLAGE CO 80111-5112 |
| SCOTT L EVANS<br>1430 WYNKOOP ST<br>SUITE 300<br>DENVER CO 80202-6172 | SOUTH DENVER WINDUSTRIAL CO<br>3200 S ZUNI ST B<br>ENGLEWOOD CO 80110-2142 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| STANDARD FENCE COMPANY<br>4680 JASON STREET<br>DENVER CO 80211-2324 | STELLAR RECOVERY INC<br>1327 HIGHWAY 2 W SUITE 100<br>KALISPELL MT 59901-3413 | STUART ALLAN ASSOCIATES<br>5447 E 5TH ST STE 110<br>TUCSON AZ 85711-2345 |
| SWEETBAUM SANDS ANDERSON PC<br>1125 17TH STREET SUITE 2100<br>DENVER CO 80202-2005 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANKPAYPAL<br>PO BOX 965036<br>ORLANDO FL 32896-5036 |
| TICOS ROOFING<br>1320 DUFF DRIVE<br>FT COLLINS CO 80524-2786 | US TRUSTEE<br>BYRON G ROGERS FEDERAL BUILDING<br>1961 STOUT ST<br>STE 12-200<br>DENVER CO 80294-6004 | UNITED RENTALS NORTH AMERICA<br>100 FIRST STAMFORD PLACE STE 700<br>STAMFORD CT 06902-9200 |
| UNITED RENTALS NORTH AMERICA INC<br>CO MARK A KIRKORSKY PC<br>PO BOX 25287<br>TEMPE AZ 85285-5287 | VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | VIKING SUPPLY NET<br>210 N INDUSTRIAL PARK DRIVE<br>HASTINGS MI 49058-9706 |
| WFJ<br>1700 IDS CENTER<br>MINNEAPOLIS MN 55402-8664 | WARREN CREDIT UNION<br>114 E 7TH AVE<br>CHEYENNE WY 82001-1314 | JEFFREY A WEINMAN<br>730 17TH ST<br>STE 240<br>DENVER CO 80202-3506 |
| WELD COUNTY DISTRICT COURT<br>PO BOX 2038<br>GREELEY CO 80632-2038 | WELLS FARGO BANK<br>420 MONTGOMERY ST<br>SAN FRANCISCO CA 94104-1298 | WELLS FARGO BANK<br>PO BOX 10438<br>DES MOINES IA 50306-0438 |
| WELLS FARGO BANK NA<br>SMALL BUSINESS LENDING DIVISION<br>PO BOX 29482<br>PHOENIX AZ 85038-9482 | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES IA 50306-0335 | WESTERN EXPOSURE PHOTOGRAPHY<br>PO BOX 597<br>ERIE CO 80516-0597 |